**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>RIVERSIDE COUNTY, et al., <br><br>　　　　Defendants, and <br><br>　　v. <br><br>DESERT WATER AGENCY, <br><br>　　　　Defendant-Intervenor. | Case No. ED CV 14-0007 DMG (DTBx) <br><br>**JUDGMENT** |

| | |
|---|---|
| 1 | Pursuant to the Court's June 15, 2017 Order re Defendants', Defendant-Intervenor's, and Plaintiff's Cross-Motions for Summary Judgment [Doc. ## 144, 149, 150], |

Pursuant to the Court's June 15, 2017 Order re Defendants', Defendant-Intervenor's, and Plaintiff's Cross-Motions for Summary Judgment [Doc. ## 144, 149, 150],

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendants Riverside County, Larry W. Ward in his official capacity as Riverside County Assessor, Paul Angulo in his official capacity as Riverside County Auditor-Controller, and Don Kent in his official capacity as Riverside County Treasurer-Tax Collector; and Defendant-Intervenor Desert Water Agency, and against Plaintiff Agua Caliente Band of Cahuilla Indians.

**IT IS SO ORDERED**.

DATED: June 15, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE